NOTE:   This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7059

DENNIS L. CLARK,

Claimant-Appellant,

v.

R. JAMES NICHOLSON, Secretary of Veterans Affairs,

Respondent-Appellee.

Sandra E. Booth, of Columbus, Ohio, argued for claimant-appellant.

Martin F. Hockey, Jr., Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, for respondent-appellee.  On the brief were Peter D. Keisler, Assistant Attorney General, Jeanne E. Davidson, Director, Franklin E. White, Jr., Assistant Director, and Roger A. Hipp, Trial Attorney.  Of counsel on the brief were David J. Barrans, Deputy Assistant General Counsel, and Amanda R. Blackmon, Attorney, United States Department of Veterans Affairs, of Washington, DC.

Appealed from:   United States Court of Appeals for Veterans Claims

Judge Bruce E. Kasold

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-7059

DENNIS L. CLARK,

Claimant-Appellant,

v.

R. JAMES NICHOLSON,
Secretary of Veterans Affairs,

Respondent-Appellee.

# JUDGMENT

ON APPEAL from the     United States Court of Appeals for Veterans Claims

In CASE NO(S).     04-0652

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN and MOORE, Circuit Judges, FARNAN, Jr.,* District Judge).

AFFIRMED.  See Fed. Cir. R. 36

ENTERED BY ORDER OF THE COURT

DATED:  August 17, 2007          /s/  Jan Horbaly
                                 Jan Horbaly, Clerk

_____

*Honorable Joseph J. Farnan, Jr., District Judge, United States District Court for the District of Delaware, sitting by designation.